IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-714 |
| BAARON L. WILLIAMS | : |
| Defendant, | : |

TO: CLERK, U.S. DISTRICT COURT
District of Delaware

Please enter default and judgment by default, pursuant to Rule 55(1) of the Federal Rules of Civil Procedure, for failure to plead, or otherwise defend, in accordance with the attached declaration.

                        COLM F. CONNOLLY
                        United States Attorney

BY: _____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

March 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-714 |
| BAARON L. WILLIAMS | : |
| Defendant, | : |

DECLARATION IN SUPPORT OF
DIRECTION FOR ENTRY OF DEFAULT

Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the District of Delaware, under penalty of perjury, declares that the following is true and correct:

1. Service of the Complaint was made upon the defendant on January 11, 2007, as shown on the Return of Service filed with the Court.

2. Said defendant, BAARON L. WILLIAMS, failed to appear or plead as required under Rule 12(a)(1)(A) within twenty (20) days from the date of personal service.

3. Verification was made that defendant, BAARON L. WILLIAMS, is not in the Military Service of the United States of America.

4. There is now due and owing by the defendant to the plaintiff the sum of **$13,391.71** as of **March 7, 2007**, with interest thereafter at the legal rate of **5.050%**.

_____
Reneé A. Austin
Paralegal Specialist

March 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-714 |
| BAARON L. WILLIAMS | : |
| Defendant, | : |

### DEFAULT AND DEFAULT JUDGMENT

AND NOW, TO WIT, THIS _____ DAY OF _____, it appearing from the Declaration of Reneé A. Austin that the above named defendant has not answered or otherwise moved with respect to the Complaint, and the plaintiff having requested the entry of a default and a default judgment, it is:

ORDERED, in accordance with Rule 55(a), Fed.R.Civ.P. that a default be and it hereby is entered against the defendant, BAARON L. WILLIAMS.

It is FURTHER ORDERED, in accordance with Rule 55(b)(I),Fed.R.Civ.P. that Judgment be entered in favor of the Plaintiff and against the defendant in the amount of $13,391.71, plus pre-judgment costs, plus interest from the date of Judgment calculated at the legal rate computed daily and compounded annually until paid in full, and allowable costs to be awarded by the Clerk pursuant to Local Rule 54.1.

_____
Deputy Clerk, U.S. District Court