IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-714-JJF |
| BAARON L. WILLIAMS, | : |
| Defendant. | : |

## CLERK'S ENTRY OF DEFAULT

And now to wit this **25th** day of **July, 2007**, the Plaintiff, United States of America, filed a Motion To Enter Default (D.I. 4) pursuant to Fed. R. Civ. P. 55(a).

It appearing from the Declaration of Reneé A. Austin (attached to D.I. 4), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(e)(2) and Defendant, Baaron L. Williams has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendant, Baaron L. Williams.

Peter T. Dalleo, Clerk

By _Deborah A. Krett_
Deputy Clerk