IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-714 JJF |
| BAARON L. WILLIAMS, | : |
| Defendant. | : |

**DEFAULT JUDGMENT**

AND NOW TO WIT this **25th** day of **July, 2007**, the Defendant having failed to plead or otherwise defend in this action and the Clerk's Entry of Default having been entered;

NOW, upon application of the Plaintiff for Judgment by default (D.I. 4), **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(b)(1) that Judgment be and hereby is **ENTERED** in favor of the Plaintiff and against the Defendant, Baaron L. Williams in the amount of $13,048.15 (includes the principal amount plus pre-judgment interest through May 19, 2006) plus additional pre-judgment interest accruing from May 19, 2006, until date of judgment and post-judgment interest at the legal rate, plus costs.

Peter T. Dalleo, Clerk

By _____
Deputy Clerk